ROSE GOLDSTEIN et al., Appellants, *v.* REISS & FISHMAN, INC., et al., Respondents.

Argued May 27, 1949; decided July 19, 1949.

*Maurice Fixel, Frederick E. M. Ballon* and *Ruben Schwartz* for appellants.

*S. Sawyer Le Vay* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.